John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendants ERP Operating Limited Partnership and Equity Residential Properties Management Corp. s/h/a Equity Residential and ERP Operating Unlimited Partnership

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                    :
MANHATTAN DISASTER SITE LITIGATION                 :  Civil Action #: 07CV4485(AKH)
                                                   :
------------------------------------------------------------------- x  **NOTICE OF THE ERP**
VERONICA MACAS,                                    :  **OPERATING LIMITED**
                                                      **PARTNERSHIP AND EQUITY**
                      Plaintiff,                   :  **RESIDENTIAL PROPERTIES**
     -against-                                        **MANAGEMENT CORP. S/H/A**
                                                   :  **EQUITY RESIDENTIAL AND**
ERP OPERATING LIMITED PARTNERSHIP AND                 **ERP OPERATING**
EQUITY RESDIENTIAL PROPERTIES                      :  **UNLIMITED**
MANAGEMENT CORP. S/H/A EQUITY RESIDENTIAL             **PARTNERSHIP's ADOPTION**
AND ERP OPERATING UNLIMITED PARTNERSHIP            :  **OF ANSWER TO MASTER**
                                                      **COMPLAINT**
                      Defendants.                  :
------------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendants, ERP OPERATING LIMITED PARTNERSHIP AND EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. S/H/A EQUITY RESIDENTIAL AND ERP OPERATING UNLIMITED PARTNERSHIP, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt ERP OPERATING LIMITED PARTNERSHIP AND EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. S/H/A EQUITY RESIDENTIAL AND ERP OPERATING UNLIMITED PARTNERSHIP's Answer to the Master Complaint dated August 1, 2007, which

1690911.1

was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, ERP OPERATING LIMITED PARTNERSHIP AND EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. S/H/A EQUITY RESIDENTIAL AND ERP OPERATING UNLIMITED PARTNERSHIP demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
September 19, 2007

    Yours, etc.,

    WILSON, ELSER, MOSKOWITZ, EDELMAN
       & DICKER LLP
    Attorneys for Defendants
    ERP OPERATING LIMITED PARTNERSHIP AND
    EQUITY RESIDENTIAL PROPERTIES
    MANAGEMENT CORP. S/H/A EQUITY RESIDENTIAL
    AND ERP OPERATING UNLIMITED PARTNERSHIP
    3 Gannett Drive
    White Plains, New York 10604
    (914) 323-7000

By: _____
    John M. Flannery (JMF-0229)

1690911.1