UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| VERONICA MACAS, | 07-CV-4485-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| 88 GREENWICH LLC, *et. al.*, | |
| | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                               By:    /s/ Judith R. Cohen
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501
                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.

**Error! Unknown document property name.**