x:\ATS51852\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X   21 MC 102 (AKH)
VERONICA MACAS,

                                        Civil Action No.: 07 CV 4485

                                        **NOTICE OF ADOPTION**

                        Plaintiff(s),

            - against -

88 GREENWICH LLC, ALAN KASMAN DBA KASCO, ANN
TAYLOR STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACK DIAMONDS LLC, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN AIR,
INC., EQUITY RESIDENTIAL, ERP OPERATING
UNLIMITED PARTNERSHIP, GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., MERRILL LYNCH & CO, INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP
INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D

HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P.,
WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER
D. CO., L.P., ET AL.,

                    Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 15, 2007

                                              ROGER P. McTIERNAN, JR. (RPM 1680)
                                              BARRY, McTIERNAN & MOORE
                                              Attorneys for Defendants
                                              ANN TAYLOR STORES CORPORATION.
                                              2 Rector Street – 14th Floor
                                              New York, New York 10006
                                              (212) 313-3600