UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                    :
IN RE: WORLD TRADE CENTER LOWER:     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                    :     ELECTRONICALLY FILED
                                                    :

----------------------------------------------------------------- x
VERONICA MACAS,                          :
                                                              Case No.: 07CV4485 (AKH)
                        Plaintiff,          :
              v.                                             **NOTICE OF ADOPTION OF**
                                                    :     **MASTER ANSWER BY**
222 BROADWAY, LLC, ET. AL.,                        **DEFENDANT JPMORGAN**
                                                    :     **CHASE BANK N.A.**
                        Defendants.
----------------------------------------------------------------- x

　　　　PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and

for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint)

related to the Master Complaint filed in the above referenced action, hereby adopts its Master

Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

　　　　WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that

the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such

other relief as the Court deems just and proper.

Dated: New York, New York
　　　　December 14, 2007

　　　　　　　　　　　　　SATTERLEE STEPHENS BURKE & BURKE LLP


　　　　　　　　　By: /s/James J. Coster_____
　　　　　　　　　　　　James J. Coster (JC-1431)
　　　　　　　　　230 Park Avenue

714240_1

New York, New York 10169
Tel.: (212) 818-9200
Fax: (212) 818-9606
Attorneys for Defendant
JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
       Law Office of Gregory J. Cannata
       233 Broadway
       New York, NY 10279

       Robert Grochow, Esq.
       Law Office of Robert Grochow
       233 Broadway
       New York, NY 10279

       Christopher LoPalo, Esq.
       Worby Groner Edelman Napoli and Bern
       115 Broadway, 12th Floor
       New York, New York 10006

2

714240_1